JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SALUSTIANO GRANADOS VELASQUEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-03986 ADS

JUDGMENT

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is granted in part. Respondents must provide Petitioner Salustiano Granados Velasquez (A#235-095-251) with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of the Order.

Dated: 09/02/2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge